**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| SAMUEL H. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-4218-CV-C-NKL |
| | ) | |
| FULTON STATE HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 7, 2008, United States Magistrate Judge William A. Knox recommended dismissing all of plaintiff's claims except those against defendant Mauseen Sauble regarding plaintiff's mail, telephone and night restrictions. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 7, 2008, is adopted. [5] It is further

ORDERED that all of plaintiff's claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted, except those proceeding against defendant Mauseen Sauble regarding mail, telephone and night restrictions.

 /s/ Nanette K Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: November 24, 2008
Jefferson City, Missouri